United States District Court
Southern District of Texas
**ENTERED**
November 09, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ERNEST BARTON, § | |
|     Plaintiff § | |
| § | |
| vs. § | Civ. No. 5:15-CV-179 |
| § | |
| STATE FARM LLOYDS, § | |
|     Defendant § | |
| § | |

MEMORANDUM OF DISMISSAL

The parties have filed a Rule 41(a) Stipulation of Dismissal With Prejudice. (Dkt. 6). In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties have signed the Stipulation. Pursuant to the Rule, no court order is required to effectuate the dismissal. The Clerk is therefore DIRECTED to enter on the docket sheet that this case is dismissed.

DONE at Laredo, Texas, this 9th day of November, 2015.

George P. Kazen
Senior United States District Judge